DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Sharon Hall, et al. | ) | |
| | ) | CASE NO.  5:11-CV-01740 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| The Honorable Lynne S. Callahan, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendants' motion to dismiss and/or motion for judgment on the pleadings is GRANTED.  Plaintiffs' claims are dismissed with prejudice.  Each party to bear their own costs and attorneys fees.  This case is closed.

IT IS SO ORDERED.


<u>May 10, 2012</u>                              <u>  s/ David D. Dowd, Jr.            </u>
Date                                           David D. Dowd, Jr.
                                               U.S. District Judge